James J. Little, Esq. (SBN 123373)
J.J. LITTLE & ASSOCIATES, P.C.
Fisherman's Village
13763 Fiji Way, Suite EU4
Marina Del Rey, California  90292
Telephone: (310) 622-9527
Facsimile: (310) 477-9527
jjlittle@jjlittlandassociates.com

Attorney for Plaintiff
DisputeSuite.com LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DISPUTESUITE.COM, LLC, a Florida Limited Liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>CREDIT UMBRELLA INC., a California corporation; ARTASHES DARBINYAN a.k.a. ART DARBIN, an individual; INFORMATION SERVICE SYSTEMS ART, LLC, a business based in Russia; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.: 2:14-CV-06340-MWF-(MANx)<br><br>**DECLARATION OF JAMES J. LITTLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>*[Notice of Motion and Motion for Preliminary Injunction, Declaration of Michael B. Citron, and [Proposed] Order Filed Concurrently Herewith]*<br><br>Date:          January 12, 2015<br>Time:         10:00 a.m.<br>Courtroom: 1600-Sixteenth Floor |

I, James J. Little declare,

    1.    I am an attorney duly licensed to practice law in the State of California and managing partner of J.J. Little & Associates, P.C., which is counsel of record for Plaintiff DisputeSuite.com, LLC ("Plaintiff" or "DisputeSuite") in this action.  I

1

**DECLARATION OF JAMES J. LITTLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

respectfully submit this Declaration in Support of Plaintiff's Motion for Preliminary Injunction.  I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. Attached hereto as <u>Exhibit A</u> is true and correct print-out of the webpage located at https://web.archive.org/web/*/turbodispute.com, from the internet archive website called "Wayback Machine."  It shows that the website www.turbodispute.com did not appear on the internet until 2013.

3. Attached hereto as <u>Exhibit B</u> is a true and correct print-out of the webpage located at https://web.archive.org/web/20130903071655/http://www.turbodispute.com/, from the internet archive website called "Wayback Machine."  It is the first available snapshot of the website www.turbodispute.com with any material on it, which includes text copied from the DisputeSuite website, dated September 3, 2013.

4. Attached hereto as <u>Exhibit C</u> is a true and correct print-out of the webpage located at https://web.archive.org/web/20120927100056/http://www.creditumbrella.com/, from the internet archive website called "Wayback Machine."  It is a snapshot of the website www.creditumbrella.com, showing that as of September 27, 2012, the website did not advertise the TurboDispute software and did not include infringing text from the DisputeSuite website.

5. Attached hereto as <u>Exhibit D</u> is a true and correct print-out of the webpage located at https://web.archive.org/web/20130201061341/http://www.creditumbrella.com/, from the internet archive website called "Wayback Machine."  It is the next available snapshot of the website www.creditumbrella.com after September 27, 2013, from

**DECLARATION OF JAMES J. LITTLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

February 1, 2013. On that date, the website shows a complete re-design, including advertising the infringing TurboDispute software and displaying text and graphics from the DisputeSuite website.

6. Attached hereto as hereto as <u>Exhibit E</u> is a true and correct print-out of the webpage located at https://web.archive.org/web/20130209021028/http://www.creditumbrella.com/feature/turbodispute-start-creditrepair-business/, from the internet archive website called "Wayback Machine." It is a snapshot of the website www.creditumbrella.com from February 9, 2013 (see upper-right corner of each page), including major portions of text copied from the DisputeSuite website.

7. Attached hereto as <u>Exhibit F</u> are true and correct print-outs of the webpage located at http://web.archive.org/web/20140625154633/http://www.turbodispute.com/, from the internet archive website called "Wayback Machine." It is a snapshot of the website www.turbodispute.com from June 25, 2014, which shows text copied from the DisputeSuite website, as described in DisputeSuite's Complaint. Similarly, staff in my office reviewed the Wayback Machine's snapshots of the website www.creditumbrella.com from July 2, 2014, and found that the text at that time was text copied from the DisputeSuite website, as described in DisputeSuite's Complaint.

8. DisputeSuite filed its Complaint against Defendants on August 12, 2014, and immediately thereafter began attempting to locate and serve Defendants, including by hiring a private investigator. Defendants Darbinyan and Credit Umbrella evaded service by, *inter alia*, closing a post office box that had been used until the Complaint was filed, and avoiding requests to meet at Credit Umbrella's purported office. On October 21, 2014, I received a call from a lawyer claiming to represent

3
**DECLARATION OF JAMES J. LITTLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Darbinyan and Credit Umbrella, informing me that he would be filing an Answer within two weeks on their behalf.

9. On November 4, 2014, Defendants Darbinyan and Credit Umbrella filed an Answer, denying the allegations in the Complaint. At that time, staff in my office reviewed the TurboDispute and Credit Umbrella websites and found that much of the text on the websites had been modified.

10. Attached as <u>Exhibit G</u> is a true and correct print-out of a webpage from the DisputeSuite website, at http://www.disputesuite.com/credit-dispute-letter-library-and-editor.html, saved by staff in my office on November 21, 2014.

11. Attached as <u>Exhibit H</u> is a true and correct print-out of a webpage from the TurboDispute website, at http://www.creditumbrella.com/feature/turbodispute-start-creditrepair-business/, saved by staff in my office on November 21, 2014.

12. Attached as <u>Exhibit I</u> is a true and correct print-out of the home page of the DisputeSuite website, at http://www.disputesuite.com/, saved by staff in my office on November 20, 2014.

13. Attached as <u>Exhibit J</u> is a true and correct print-out of the home page of the TurboDispute website, at http://www.turbodispute.com/, saved by staff in my office on November 21, 2014.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 12, 2014, in Marina del Rey, California.

_____
James J. Little
Attorney for Plaintiff DisputeSuite.com, LLC.

4
**DECLARATION OF JAMES J. LITTLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**