James J. Little, Esq. (SBN 123373)
J.J. LITTLE & ASSOCIATES, P.C.
Fisherman's Village
13763 Fiji Way, Suite EU4
Marina Del Rey, California  90292
Telephone: (310) 622-9527
Facsimile: (310) 477-9527
jjlittle@jjlittlandassociates.com

Attorney for Plaintiff
DisputeSuite.com LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DISPUTESUITE.COM, LLC, a Florida Limited Liability Company,<br><br>              Plaintiff,<br><br>       vs.<br><br>CREDIT UMBRELLA INC., a California corporation; ARTASHES DARBINYAN a.k.a. ART DARBIN, an individual; INFORMATION SERVICE SYSTEMS ART, LLC, a business based in Russia; and DOES 1 through 10, inclusive,<br><br>              Defendants. | CASE NO.: 2:14-CV-06340-MWF-(MANx)<br><br>[Honorable Michael W. Fitzgerald, Judge Presiding, Courtroom 1600]<br><br>**PLAINTIFF DISPUTESUITE.COM'S REQUEST FOR ENTRY OF DEFAULT**<br><br>*[Declaration of James J. Little Filed Concurrently Herewith]* |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff DisputeSuite.com, LLC hereby requests that the Clerk of the above-entitled Court enter default in this manner against Defendant Information Service Systems Art, LLC ("ISSA") on the ground that said Defendant failed to respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff mailed the Complaint and Summons on Defendant ISSA on September 6, 2014, and Defendant ISSA acknowledged receipt on October 3, 2014, as evidenced by the proof of service of summons on file with the Court and attached to the

1

**PLAINTIFF DISPUTESUITE.COM'S REQUEST FOR ENTRY OF DEFAULT**

1  Declaration of James J. Little, filed herewith.  As of the date of this Request,
2  Defendant ISSA has failed to file a responsive pleading with the Court.
3      The above facts are set forth in the accompanying Declaration of James J.
4  Little, filed concurrently herewith.

Dated:  December 16, 2014

Respectfully Submitted,

J.J. LITTLE & ASSOCIATES, P.C.

By:_____

James J. Little
Attorney for Plaintiff
DisputeSuite.com LLC

2

**PLAINTIFF DISPUTESUITE.COM'S REQUEST FOR ENTRY OF DEFAULT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 13763 Fiji Way, Suite EU-4, Marina del Rey, California 90292.

On December 16, 2014, I served the foregoing described as: **PLAINTIFF DISPUTESUITE.COM'S REQUEST FOR ENTRY OF DEFAULT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[X]   **BY U.S. MAIL**: I deposited such envelope in the mail at Marina del Rey, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postage Service on that same day with postage thereon fully prepaid at Marina del Rey, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT DELIVERY**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses noted above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]   **BY PERSONAL SERVICE**: I personally delivered a true and correct copy of the foregoing documents to the address of the addressee(s) listed below.

[ ]   **BY ELECTRONIC TRANSMISSION**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]   I declare, under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X]   I declare that I am employed in the offices of a member of the Bar of The United States District Court, Central District, at whose direction this service was made.

Executed on December 16, 2014, at Marina del Rey, California.

/s/ Liz Reuben           .
Liz Reuben

# SERVICE LIST

*DisputeSuite.com, LLC etc. v. Credit Umbrella, Inc. et al*
United States District Court Case No.: 2:14-CV-06340-MWF (MANx)

| | |
|---|---|
| Jeffrey D. Nadel<br>Jeffrey D. Nadel Law Offices<br>ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE<br>16000 Ventura Boulevard Suite 908<br>Encino, CA  91436 | *Attorney for Defendant Credit Umbrella*<br>*Attorney for Defendant Artashes Darbinyan* |
| Information Systems Services Art, LLC.<br>Marksa Street 18/28 OF. 707<br>Omsk, Russia  644080 | |