JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPUTESUITE.COM LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT UMBRELLA, a California Corporation; ARTASHES DARBINYAN, an individual; INFORMATION SERVICE SYSTEMS ART, LLC, a business based in Russia; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-14-6340-MWF-MAN<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

In accordance with the Order Granting Plaintiff DisputeSuite.com LLC's Application for Default Judgment Against Defendant Information Service Systems Art, LLC ("ISSA") (Docket No. 56) and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

///

///

///

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant ISSA in the amount of $300,000.00.

2. ISSA, its parents, subsidiaries, affiliates, officers, directors, employees, agents, and all persons acting in concert or participation with it who receive actual notice of this Judgment and Permanent Injunction are enjoined from copying, reproducing, distributing, publicly displaying, adapting, or otherwise infringing, or contributing to the infringement of any portion of the DisputeSuite credit repair software.  ISSA is ordered to destroy any copies of DisputeSuite's software and/or website still in its possession or in the possession of any person or entity under its direction and control.

3. Plaintiff is awarded attorneys' fees of $9,600.00, plus costs and additional attorneys' fees as provided by law.

Dated: April 25, 2016    _____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge